UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:24-mj-0091 |
| | ) | |
| CARTER ROHN, | ) | - 01 |
|     Defendant. | ) | |

## COURTROOM MINUTES FOR JANUARY 24, 2024
## HONORABLE KELLIE M. BARR, MAGISTRATE JUDGE

Parties appear for a Rule 5(c)(3) hearing on the Indictment filed on January 18, 2024 out of the District of Columbia (1:24-cr-0038). Defendant appeared in person and by FCD counsel Gwendolyn Beitz. Government represented by AUSA MaryAnn Mindrum. USPO represented by Courtney Ratzlaff.

Financial affidavit approved. Counsel appointed.

Charges and rights were read and explained.

Defendant waived his right to an identity hearing, production of the warrant, and any preliminary detention hearing to which he may be entitled in this District.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Government moved for the Defendant to remain in custody pending transport to the District of Columbus, and Defendant consented to detention pending transport and requested that the detention hearing and any other hearings to which he is entitled be held in the charging district.

Defendant remanded to the custody of the US Marshals pending removal to the District of Columbia.

Date: 1/24/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Counsel of record via CM/ECF