AO 442 (Rev. 01/09) Arrest Warrant

**FILED**
01/24/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:24-cr-00038 |
| v. | ) Assigned To : Judge Ana C. Reyes |
| CARTER ROHN | ) Assign. Date : 1/18/2024 |
| | ) Description: INDICTMENT (B) |
| Defendant | ) Related Case: 23-cr-363 (ACR) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CARTER ROHN

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud);
18 U.S.C. § 371; 18 U.S.C. § 1028A(a)(1) and 18 U.S.C. § 1029(a)(1) (Conspiracy to Commit Aggravated Identity Theft and Access Device Fraud);

FORFEITURE: 18 U.S.C. § 981, 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c)

Date: 01/18/2024

*Issuing officer's signature* — 2024.01.18 16:31:57 -05'00'

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/18/24, and the person was arrested on *(date)* 1/24/24
at *(city and state)* Indianapolis, IN

Date: 1/24/24

*Arresting officer's signature*

Justin Gallenstein, SA
*Printed name and title*